**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL ANGELO SERRATO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendant. | Case No. CV10-4786 ABC (AJW)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

January 24, 2013

                                                          _____
                                                          AUDREY B. COLLINS
                                                       United States District Judge